FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2018 APR 18 PM 4: 10

UNITED STATES OF AMERICA

18-6198-Hunt

v.

CASE NO. 6:18-cr-91-ORL-18DCI

BIANCA L. TILLY

21 U.S.C. § 846

SEALED

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but not later than in or about January 2016, and continuing through on or about December 11, 2017, in the Middle District of Florida, and elsewhere, the defendant,

**BIANCA L. TILLY,**

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

All in violation of 21 U.S.C. § 846.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Forepe

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Shawn P. Napier
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. 

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

BIANCA L. TILLY

## INDICTMENT

Violation: 21 U.S.C. § 846

A true bill,

_____
Foreperson

Filed in open court this 18th day of April, 2018.

_____
Clerk

Bail $_____